UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

SYLVIA GRESHAM,

                Plaintiff,

     v.                                       Civil No. 08-6241-AA

SAFEWAY, INC., A Delaware
corporation, and ROBERT MC DONALD,

                Defendants.

## JUDGMENT

This action is dismisssed.

Dated: February 3, 2010.

                                          MARY L. MORAN, CLERK

                            By: *[signature]*
                                  Leslie Engdall, Deputy